IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXL LABORATORIES, LLC | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-6282 |
| KRIS EGOLF ET AL. | : |

**SURRICK, J.**                                                     **DECEMBER 7, 2010**

## ORDER

AND NOW, this 7th day of December, 2010, upon consideration of Plaintiff EXL Laboratories, LLC's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 3), Plaintiff's Complaint (ECF No. 1), Defendant's Brief in Support of Opposition to Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 15), all documents submitted in support thereof and in opposition thereto, and after a hearing in open court, it is **ORDERED** as follows:

1. Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**.

2. Defendants Kris Egolf and Dale Dry are hereby **RESTRAINED** and **ENJOINED** as follows:

    A. Defendants shall immediately cease and desist all activities involving the access, use and disclosure of Plaintiff's confidential, proprietary and trade secret information in any manner whatsoever, and in any form, including, but not limited to, disclosure to representatives of Bou-Matic, LLC and Jones Dairy Services, Inc.;

B.  Defendants shall immediately return any and all confidential and proprietary information belonging to Plaintiff in whatever form such information exists, including, but not limited to, any and all documents and copies thereof that are currently in Defendants' possession.

3. A hearing on Plaintiff's Motion for Preliminary Injunction is scheduled for Tuesday, December 21, 2010, at 9:30 a.m. in Courtroom 8-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

4. Defendants are directed to participate in expedited discovery pending the preliminary injunction hearing.

5. This Order shall remain in full force and effect until the hearing on Plaintiff's Motion for Preliminary Injunction.

6. This Order shall become effective upon issuance by Plaintiff of a surety bond in the amount of $25,000.00.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. BARCLAY SURRICK, J.

2

12/7/10

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -COMM. JOURNAL- \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DATE DEC-07-2010 \*\*\*\*\* TIME 15:54 \*\*\*\*\*\*\*\*

```
        MODE = MEMORY TRANSMISSION              START=DEC-07 15:50    END=DEC-07 15:54
        FILE NO.=667
STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES      DURATION
  001     OK        &        19526961704           017/017    00:02:36
  002     STOP      &        14106597772           000/017    00:00:00
```

                                                            -JUDGE R. BARCLAY SURRICK -

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* -    - \*\*\*\*\* -                    - \*\*\*\*\*\*\*\*\*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
8614 UNITED STATES COURTHOUSE
INDEPENDENCE MALL WEST
SIXTH AND MARKET STREETS
PHILADELPHIA, PENNSYLVANIA 19106-1741

*Chambers of*
*R. BARCLAY SURRICK*
*United States District Judge*

(267) 299-7630

December 7, 2010

**To:** Bryan T. Symes, Esquire
Michael L. McCain, Esquire
SEATON BECK & PETERS, PA
7300 Metro Blvd., Suite 500
Minneapolis, Minnesota 55439
Email: bsymes@seatonlaw.com
mmccain@seatonlaw.com
Fax: 952-896-1704

Thomas R. Davies, Esquire
Laura Bailey Gallagher, Esquire
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, Pennsylvania 17603
Email: tdavies@h-dlaw.com
lgallagher@h-dlaw.com
Fax: 717-291-5739

Bryon D. Bolton, Esquire
FUNK & BOLTON PA
136 South Charles Street
12th Floor
Baltimore, Maryland 21201
Email: bbolton@fblaw.com
Fax: 410-659-7772

**Re:** *EXL Laboratories v. Kris Egolf & Dale Dry*
*Civil Action No. 10-6282*

**Memo:** Memorandum and Order of the Court to follow.

**Via Fax:** Seventeen (17) pages transmitted to include this cover page.

```
************ -COMM. JOURNAL- ******************* DATE DEC-07-2010 ***** TIME 15:45 *********

        MODE = MEMORY TRANSMISSION          START=DEC-07 15:40   END=DEC-07 15:45

        FILE NO.=666

        STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES      DURATION

        001       STOP    *          16528961704            000/017    00:00:00
        002       OK      *          17172915739            017/017    00:02:25
```

-JUDGE R. BARCLAY SURRICK -

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
*8614 UNITED STATES COURTHOUSE*
*INDEPENDENCE MALL WEST*
*SIXTH AND MARKET STREETS*
*PHILADELPHIA, PENNSYLVANIA 19106-1741*

*Chambers of*
**R. BARCLAY SURRICK**
*United States District Judge*

(267) 299-7630

December 7, 2010

**To:** Bryan T. Symes, Esquire
Michael L. McCain, Esquire
SEATON BECK & PETERS, PA
7300 Metro Blvd., Suite 500
Minneapolis, Minnesota 55439
Email: bsymes@seatonlaw.com
mmccain@seatonlaw.com
Fax: 952-896-1704

Thomas R. Davies, Esquire
Laura Bailey Gallagher, Esquire
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, Pennsylvania 17603
Email: tdavies@h-dlaw.com
lgallagher@h-dlaw.com
Fax: 717-291-5739

**Re:** *EXL Laboratories v. Kris Egolf & Dale Dry*
*Civil Action No. 10-6282*

**Memo:** Memorandum and Order of the Court to follow.

**Via Fax:** Seventeen (17) pages transmitted to include this cover page.

************ -COMM. JOURNAL- ******************* DATE DEC-07-2010 ***** TIME 15:58 ********

```
MODE = MEMORY TRANSMISSION          START=DEC-07 15:55    END=DEC-07 15:58
    FILE NO.=668
STN NO.   COMM.   ABBR NO.   STATION NAME/TEL NO.   PAGES    DURATION
 001       OK       s         14106597773          017/017  00:02:06
```

-JUDGE R. BARCLAY SURRICK -

************************************ -            - ***** -              - *********

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
*8614 UNITED STATES COURTHOUSE*
*INDEPENDENCE MALL WEST*
*SIXTH AND MARKET STREETS*
*PHILADELPHIA, PENNSYLVANIA 19106-1741*

*Chambers of*
*R. BARCLAY SURRICK*
*United States District Judge*

(267) 299-7630

December 7, 2010

**To:** Bryan T. Symes, Esquire
Michael L. McCain, Esquire
SEATON BECK & PETERS, PA
7300 Metro Blvd., Suite 500
Minneapolis, Minnesota 55439
Email: bsymes@seatonlaw.com
mmccain@seatonlaw.com
Fax: 952-896-1704

Thomas R. Davies, Esquire
Laura Bailey Gallagher, Esquire
HARMON & DAVIES, P.C.
2306 Columbia Avenue
Lancaster, Pennsylvania 17603
Email: tdavies@h-dlaw.com
lgallagher@h-dlaw.com
Fax: 717-291-5739

Bryon D. Bolton, Esquire
FUNK & BOLTON PA
136 South Charles Street
12th Floor
Baltimore, Maryland 21201
Email: bbolton@fblaw.com
Fax: 410-659-7772

**Re:** *EXL Laboratories v. Kris Egolf & Dale Dry*
*Civil Action No. 10-6282*

**Memo:** Memorandum and Order of the Court to follow.

**Via Fax:** Seventeen (17) pages transmitted to include this cover page.