IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXL LABORATORIES, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-6282 |
| KRIS EGOLF ET AL. | : | |

**SURRICK, J.**                                                                                                                    **MARCH 11, 2011**

**O R D E R**

**AND NOW**, this 11th day of March, 2011, upon consideration of Defendants' Motion to Dismiss (ECF No. 19), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED** as to Count One of the Complaint.

2. Defendants' Motion to Dismiss is **DENIED** as to Count Two, Count Three, Count Four, and Count Five of the Complaint.

**IT IS SO ORDERED.**

                                                                 **BY THE COURT:**

                                                                **R. BARCLAY SURRICK, J.**